IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RUBEN C. HOLTON,** : | Civil No. 4:22-CV-0212 |
| : | |
| Petitioner, : | |
| : | (Judge Sylvia H. Rambo) |
| v. : | |
| : | |
| **WARDEN J. SAGE,** : | |
| : | |
| Respondent. : | |

# **O R D E R**

AND NOW, this 2nd day of August, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 9), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) Holton's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED;

3) The Clerk of Court is DIRECTED to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo<br>
United States District Judge